# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

No. **1084 1:16:CR00201-001JCH**

-vs-

Javier Rogelio Dozal

### ORDER GRANTING TRAVEL TO MEXICO

THIS MATTER is before the Court as the defendant is requesting travel to Agua Prieta, Sonora, Mexico, which will allow him the opportunity to visit his fiancé and daughter.

IT IS HEREBY ORDERED that based on information provided by the United States Probation Office, the defendant is granted permission to travel to Agua Prieta, Sonora, Mexico for a period of up to eight (8) days as requested by the defendant. The defendant and the probation office will establish the departure and return dates. In addition, the Court will allow the defendant to travel to Agua Prieta, Sonora, Mexico to visit his fiancé and daughter every other month for a period determined by the probation office and defendant as long as the defendant is in full compliance with all of his conditions of release. The Court further ORDERS that all previously imposed conditions of supervised release dated November 25, 2015, remain in full force and effect.

Honorable Judith C. Herrera
U.S. District Judge