IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No.  CR 1:16-00201 JCH |
| § | |
| JAVIER ROGELIO DOZAL, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER having come before the Court on Defendant Javier Rogelio Dozal's Motion for Early Termination of Supervised Release, and the Court noting that the Government has no objection to the request [Doc. 5] and that Probation takes no position, and being fully advised in the premises;

IT IS THEREFORE ORDERED that defendant's term of supervised release be, and hereby is terminated.

_____
HONORABLE JUDITH C. HERRERA
United States District Judge